UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMY HARVEY and TORRY STANLEY,
individually and as the parents of B.S., a
minor child,

                Plaintiffs,

    v.

MID-CENTURY INSURANCE COMPANY
d/b/a FARMERS INSURANCE, a foreign
insurer,

                Defendant.

No.: 2:23-cv-873

**NOTICE OF REMOVAL**

**REMOVED FROM THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY, CAUSE NO. 23-2-08249-4 SEA**

**TO:**      **THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

**AND TO:**      **PLAINTIFFS AND PLAINTIFFS' COUNSEL**

    Defendant Mid-Century Insurance Company (incorrectly named herein as "Mid-Century Insurance Company d/b/a Farmers Insurance") ("Mid-Century") hereby gives notice that this matter is removed to the United States District Court for the Western District of Washington at Seattle pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

    On or about May 5, 2023, plaintiffs Amy Harvey and Torry Stanley filed a Complaint in the Superior Court of Washington for King County styled *Amy Harvey and Torry Stanley,*

NOTICE OF REMOVAL - 1
(CASE NO. 2:23-cv-873)

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1    *individually and as the parents of B.S.,[1] a minor child v. Mid-Century Insurance Company*

2    *d/b/a Farmers Insurance*, Case No.: 23-2-08249-4 SEA.  *See* Complaint, filed herewith as

3    Exhibit 1 pursuant to LCR 101.  On May 8, 2023, plaintiffs served the Summons and

4    Complaint on the Insurance Commissioner of the State of Washington ("OIC").   Service was

5    accepted by the OIC on May 8, 2023.  Declaration of Matthew Erickson to Notice of Removal

6    ("Erickson Decl.") Ex. B.  The Summons and Complaint were served on CSC Corporation on

7    May 12, 2023.  Erickson Decl., Ex. C.

8          In compliance with 28 U.S.C. § 1446(a), a copy of this Notice of Removal will be filed

9    with the King County Superior Court, and a copy of that state court notice is attached hereto as

10   Exhibit 2.

11         Mid-Century files with this Notice of Removal copies of all records and proceedings in

12   the state court case, together with defense counsel's verification that they are true and

13   complete copies of such records, as required by LCR 101(c).  Erickson Decl., Ex. A.

14         By filing this Notice of Removal, Mid-Century does not waive, but rather expressly

15   reserves all rights, defenses, and objections of any nature that they may have to plaintiffs'

16   claims.

17         **A.     Basis for Jurisdiction in Federal Court**

18         This is a civil action over which this Court has jurisdiction under 28 U.S.C. §§ 1331

19   and 1332 and thus may be removed to this Court pursuant to 28 U.S.C. § 1441.

20         Federal diversity jurisdiction exists because the citizenship of the parties is diverse.

21   Plaintiffs are residents of Washington.  *See* Complaint ¶ 1.1.  Defendant Mid-Century is a

22   corporation organized under the laws of the state of California with its principal place of

23   business in Woodland Hills, California.  Erickson Decl. Ex. D.

24         The amount in controversy exceeds $75,000.  Plaintiffs are seeking payment from Mid-

25   Century for plaintiffs' injuries and other damages caused by the subject collision.  In their May

26

---

[1] In compliance with Fed. R. Civ. P. 5.2(a)(3), Mid-Century has used initials for the name of the minor plaintiff..

NOTICE OF REMOVAL - 2
(CASE NO. 2:23-cv-873)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1    23, 2019, 20-day IFCA notice letter to Mid-Century, plaintiffs' counsel claimed that the

2    combined estimated total of plaintiff Amy Harvey's past and future medical expenses from the

3    accident was $650,000.  Plaintiffs' counsel also claimed that Torry Stanley and B.S. suffered

4    psychological injuries from the accident.  Plaintiffs' counsel concluded that "…fair and

5    reasonable compensation for Amy, Torry, and B.S. *each* exceeds $200,000."  Erickson Decl.

6    Ex. E (*emphasis added*).  On top of this, plaintiffs also assert claims for declaratory relief,

7    breach of contract, breach of the duty of good faith, negligence, civil fraud, and violations of

8    the Washington Insurance Fair Conduct Act ("IFCA") and Washington Consumer Protection

9    Act ("CPA").  *See* Complaint ¶¶ 5.1-5.8.

10        Based upon the foregoing, the actual amount in controversy far exceeds the

11    jurisdictional minimum of $75,000.

12        **B.**      **Priority and Timeliness of Removal**

13        Under 28 U.S.C. § 1446(b), a state superior court case may be removed to federal court

14    within thirty (30) days from receipt of the initial pleading.  "Receipt" for purposes of triggering

15    a defendant's time to remove begins only once service of the summons and complaint have

16    been properly effected. See *Murphy Bros. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347,

17    119 S. Ct. 1322, 1325, 143 L. Ed. 2d 448 (1999) ("An individual or entity named as a

18    defendant is not obliged to engage in litigation unless notified of the action, and brought under

19    a court's authority, by formal process. Accordingly, we hold that a named defendant's time to

20    remove is triggered by simultaneous service of the summons and complaint, or receipt of the

21    complaint, "through service or otherwise," after and apart from service of the summons, but

22    not by mere receipt of the complaint unattended by any formal service.")

23        In addition to the above, where, as here, service must be effected through the OIC (see

24    RCW 48.05.200), a defendant's time to remove does not begin to run until the defendant

25    receives actual notice of the lawsuit from the OIC.  See *Anderson v. State Farm Mut. Auto.*

26    *Ins.* Co., 917 F.3d 1126, 1130 (9th Cir. 2019) ("…serving the [Insurance] Commissioner did

NOTICE OF REMOVAL - 3
(CASE NO. 2:23-cv-873)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1    not provide the necessary notice to State Farm of the suit—that occurred only when State

2    Farm's designated recipient received the complaint.").  In the present matter, the OIC accepted

3    service of plaintiffs' lawsuit on May 8, 2023.  Erickson Decl., Ex. B.  Mid-Century's agent

4    received the Summons and Complaint on May 12, 2023. Erickson Decl. Ex. C.  The present

5    Notice of Removal is timely filed within thirty days after actual notice of the Summons and

6    Complaint were received, as required by 28 U.S.C. § 1446(b).

7         **C.    Intradistrict Assignment.**

8         Plaintiffs are residents of King County, Washington. Plaintiffs' lawsuit was filed in

9    King County Superior Court.  This Court is within the district embracing the place where the

10   state action is pending and, thus, this Court is the appropriate court of removal pursuant to 28

11   U.S.C. § 1441(a).  Pursuant to LCR 3, the case should be assigned to the Seattle Division.

12        **D.    Conclusion**

13        WHEREFORE, defendant Mid-Century gives notice that this action, now pending in

14   the Superior Court of the State of Washington for King County as Case No. 23-2-08249-4

15   SEA is hereby removed to this Court.

16        DATED this 9th day of June, 2023.

17                                 NICOLL BLACK & FEIG PLLC

18

19                                 */s/ Curt H. Feig*

20                                 */s/ Matthew Erickson*
                                   Curt H. Feig, WSBA #19890

21                                 Matthew Erickson, WSBA # 43790
                                   *Attorneys for Defendant Mid-Century*

22                                 *Insurance Company (incorrectly named*
                                   *herein as "Mid-Century Insurance Company*

23                                 *d/b/a Farmers Insurance")*

24

25

26

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on the date set forth below, I electronically filed the foregoing

3   document with the Clerk of the Court using the CM/CF system which will send notification of

4   such filing to the following:

5
            *Attorneys for Plaintiffs*
6            Aaron L. Adee, WSBA #27409
            The Adee Law Firm, PLLC
7            705 Second Avenue, Suite 1000
            Seattle, WA 98104
8            (206) 859-6811
            aaron@adeelawfirm.com
9

10      I declare under penalty of perjury that the foregoing is true and correct, and that this

11   declaration was executed on June 9, 2023, at Seattle, Washington.

12

13
                     */s/ Curt H. Feig*
14                    Curt H. Feig, WSBA #19890

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 5
(CASE NO. 2:23-cv-873)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515